EISENBERG & BAUM, LLP
ANDREW ROZYNSKI (appearing pro hac vice)
24 Union Square East, Penthouse
Telephone:   (212) 353-8700
Facsimile:   (917) 591-2875

Attorneys for Plaintiff
MARK BAX

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
CELIA L. GUZMAN, SBN 325616
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendants
SUTTER VALLEY HOSPITALS and SUTTER
VALLEY MEDICAL FOUNDATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK BAX, | Case No. 1:21-cv-01032-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT** |
| v. | |
| SUTTER HEALTH and SUTTER HEALTH MEMORIAL MEDICAL CENTER, | (Doc. 7) |
| Defendants. | |

Under Eastern District of California Rule 144, Plaintiff MARK BAX ("Plaintiff") and

Defendant SUTTER VALLEY HOSPITALS, a California nonprofit public benefit corporation,

dba Memorial Medical Center (the "Hospital") and Defendant SUTTER VALLEY MEDICAL

FOUNDATION, a California nonprofit public benefit corporation, dba Sutter Gould Medical

Foundation  ("SVMF")[1] (referred to jointly as "Defendants") stipulate to extend Defendants' time

to respond to Plaintiff's Complaint up to and including September 27, 2021.  The parties need this

---

[1] Defendants have been incorrectly named and served as "SUTTER HEALTH" and "SUTTER HEALTH MEMORIAL MEDICAL CENTER."

1   additional time to evaluate the claims and defenses, to potentially avoid unnecessary motion work,

2   and to allow Plaintiff time to amend the Complaint with the correct names of defendant entities.

3   This extension of time is Defendants' first extension.

4          IT IS SO STIPULATED.

DATED:  August 13, 2021                         EISENBERG & BAUM, LLP

5

6

7                                               By: _____

8                                                   ANDREW ROZYNSKI
                                                    (Appearing Pro Hac Vice)
9                                                   Attorney for Plaintiff
                                                    MARK BAX
10

11  DATED:  August 13, 2021                         HANSON BRIDGETT LLP

12

13                                              By: _____/s/ Celia L. Guzman_____

14                                                  KURT A. FRANKLIN
                                                    CELIA L. GUZMAN
15                                                  Attorneys for Defendants
                                                    SUTTER HEALTH and SUTTER HEALTH
16                                                  MEMORIAL MEDICAL CENTER

17

18

19

20

21

22

23

24

25

26

27

28

17781015.1        STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT

## ORDER

Pursuant to the parties' above stipulation (Doc. 7), and for good cause shown, IT IS HEREBY ORDERED that Defendants shall file an answer or otherwise respond to the complaint by no later than September 27, 2021.

IT IS SO ORDERED.

Dated:   **August 16, 2021**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

17781015.1