EISENBERG & BAUM, LLP
ANDREW ROZYNSKI (appearing pro hac vice)
24 Union Square East, Penthouse
Telephone:    (212) 353-8700
Facsimile:    (917) 591-2875

Attorneys for Plaintiff
MARK BAX


HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
CELIA L. GUZMAN, SBN 325616
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
SUTTER VALLEY HOSPITALS and SUTTER VALLEY MEDICAL FOUNDATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK BAX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUTTER HEALTH, and SUTTER HEALTH MEMORIAL MEDICAL CENTER,<br><br>　　　　Defendants. | Case No. 1:21-cv-01032-DAD-SKO<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(Doc. 10)** |

Under Eastern District of California Rule 144, Plaintiff MARK BAX ("Plaintiff") and Defendant SUTTER VALLEY HOSPITALS, a California nonprofit public benefit corporation, dba Memorial Medical Center (the "Hospital") and Defendant SUTTER VALLEY MEDICAL FOUNDATION, a California nonprofit public benefit corporation, dba Sutter Gould Medical Foundation  ("SVMF")[1] (referred to jointly as "Defendants") stipulate to extend Defendants' time

---

[1] Defendants have been incorrectly named and served as "SUTTER HEALTH" and "SUTTER HEALTH MEMORIAL MEDICAL CENTER."

1  to respond to Plaintiff's Complaint up to and including thirty (30) days after Plaintiff files his First
2  Amended Complaint.  The parties met and conferred regarding Defendants' anticipated Motion to
3  Dismiss Plaintiff's Complaint.  Plaintiff represented that he would be amending his Complaint as a
4  matter of right, and Defendants agree that he may do so.  Accordingly, in the interest of judicial
5  economy, the parties stipulate that Defendants are allowed up to 30 days after Plaintiff files his
6  First Amended Complaint to file their responsive pleading the First Amended Complaint.  This is
7  the second extension of time provided to Defendants to respond to Plaintiff's Complaint.

8       IT IS SO STIPULATED.

10  DATED:  September 24, 2021           EISENBERG & BAUM, LLP

12                                       By: */s/ Andrew Rozynski* (as authorized on 09/24/21)
13                                           ANDREW ROZYNSKI
                                             (Appearing Pro Hac Vice)
14                                           Attorney for Plaintiff
                                             MARK BAX

16  DATED:  September 24, 2021           HANSON BRIDGETT LLP

18                                       By:      */s/ Celia L. Guzman*
19                                           KURT A. FRANKLIN
                                             CELIA L. GUZMAN
20                                           Attorneys for Defendants
                                             SUTTER HEALTH and SUTTER HEALTH
21                                           MEMORIAL MEDICAL CENTER

-2-                    Case No. 1:21-cv-01032-DAD-SKO
17883968.1    STIPULATION AND ORDER FOR FURTHER EXTENSION TO RESPOND TO COMPLAINT

**ORDER**

Pursuant to the parties' above stipulation (Doc. 10), and for good cause shown, IT IS HEREBY ORDERED:

Plaintiff may file a First Amended Complaint. Defendants shall, thirty (30) days from the date that Plaintiff files his First Amended Complaint, file their responsive pleading to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:  **September 30, 2021**                    /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE