UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARK BAX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUTTER HEALTH, and SUTTER HEALTH MEMORIAL MEDICAL CENTER,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01032-ADA-SKO<br><br>**AMENDED STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 28)** |

　　　　Plaintiff Mark Bax and Defendants Sutter Valley Hospitals, d/b/a Memorial Medical Center, and Sutter Valley Medical Foundation, d/b/a Sutter Gould Medical Foundation, stipulate as follows:

　　　　WHEREAS, on February 10, 2022, the Court issued a Scheduling Order, which included a June 1, 2023 non-expert discovery deadline, including motions to compel any non-expert discovery, as well as other deadlines (*see* ECF No. 20 at 3);

　　　　WHEREAS, the parties thereafter exchanged written discovery requests in November 2022 and worked cooperatively to respond to each other's requests, which occurred by March 1, 2023 (*see* Declaration of Matthew Seipel ("Seipel Decl."), ¶¶ 3-7);

　　　　WHEREAS, throughout March, April, and early May 2023, the parties met and conferred about scheduling depositions of Plaintiff and numerous other individuals, including third parties (*see id.*, ¶ 8);

　　　　WHEREAS, Plaintiff's deposition along with at least one other require the scheduling of

1 both a Certified Deaf Interpreter and a Certified Hearing Interpreter (*see id.,* ¶ 10);

2 WHEREAS, Plaintiff has to issue subpoenas to secure depositions of several third parties
3 (*see id.*, ¶ 12);

4 WHEREAS, on April 12, 2023, lead counsel for Defendants was terminated as attorney of
5 record for the case, and Alexandra V. Atencio became lead counsel representing Defendants (*see*
6 ECF Nos. 23, 25);

7 WHEREAS, the parties need to take a number of depositions that cannot be conducted
8 within the existing non-expert discovery cutoff period (*see* Seipel Decl., ¶¶ 10, 12-14);

9 WHEREAS, there have been no prior continuances of the deadlines in this case;

10 WHEREAS, the parties have met and conferred and agreed to extend the existing
11 nonexpert discovery deadline by two months so as to provide more time to complete non-expert
12 discovery, including, to serve subpoenas on third parties, obtain interpreters for depositions,
13 conduct depositions, and complete any other non-expert discovery including motions to compel, if
14 necessary (*see id.*, ¶ 14);

15 WHEREAS, on May 8, 2023, after the parties had submitted a stipulation seeking to
16 extend the non-expert discovery deadline, the Court ordered the parties to meet and confer and
17 submit an amended stipulation that proposes a schedule in which the non-expert discovery
18 deadline predates the expert deadlines (ECF No. 27);

19 WHEREAS, on May 9, 2023, the parties met and conferred and agreed to extend all the
20 deadlines in the Scheduling Order by two months to accommodate the two-month extension of the
21 non-expert discovery deadline; ensure that the non-expert discovery deadline predates the expert
22 deadlines; and provide sufficient time for any non-dispositive and dispositive motions and for trial
23 preparation and trial (*see* Seipel Decl., ¶ 15);

24 IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their
25 counsel, that the Scheduling Order be amended as follows:

26 **Discovery Deadlines:**

27 The non-expert discovery cutoff shall be extended from June 1, 2023 to August 1, 2023;

28

1   The deadline for expert disclosures shall be extended from June 1, 2023 to August 1, 2023;

2   The deadline for rebuttal expert disclosures shall be extended from July 5, 2023 to
3   September 5, 2023;

4   The expert discovery cutoff shall be extended from August 1, 2023 to October 1, 2023;

5   **Non-Dispositive Motion Deadlines:**

6   The deadline to file non-dispositive motions shall be extended from September 1, 2023 to
7   November 1, 2023;

8   The deadline for non-dispositive motions to be heard shall be extended from October 4,
9   2023 to December 4, 2023;

10  **Dispositive Motion Deadlines:**

11  The deadline to file dispositive motions shall be extended from October 2, 2023 to
12  December 4, 2023;

13  The deadline for dispositive motions to be heard shall be extended from November 21,
14  2023 to January 22, 2024;

15  **Pre-Trial Conference**

16  The pre-trial conference shall be extended by approximately two months from January 22,
17  2024 to a date selected by the Court;

18  **Trial Date**

19  The trial date shall be extended by approximately two months from March 19, 2024 to a
20  date selected by the Court.

21  IT IS SO STIPULATED.

DATED: May 10, 2023                HANSON BRIDGETT LLP

By: */s/ Matthew B. Seipel*
ALEXANDRA V. ATENCIO
MATTHEW B. SEIPEL
Attorneys for Defendants
SUTTER VALLEY HOSPITALS, d/b/a
MEMORIAL MEDICAL CENTER; and
SUTTER VALLEY MEDICAL FOUNDATION,
d/b/a SUTTER GOULD MEDICAL
FOUNDATION

DATED: May 10, 2023                EISENBERG & BAUM, LLP

By: */s/ Andrew Rozynski* (as authorized on 09/24/21)
ANDREW ROZYNSKI
Attorneys for Plaintiff
MARK BAX

## ORDER

Pursuant to the parties' foregoing amended stipulation (Doc. 28), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that the Scheduling Order (Doc. 20) is MODIFIED as follows:

**Discovery Deadlines:**

The non-expert discovery cutoff is extended to **August 1, 2023**;

The deadline for expert disclosures is extended to **August 1, 2023**;

The deadline for rebuttal expert disclosures is extended to **September 5, 2023**;

The expert discovery cutoff is extended to **October 1, 2023**;

**Non-Dispositive Motion Deadlines:**

The deadline to file non-dispositive motions is extended to **November 1, 2023**;

The deadline for non-dispositive motions to be heard is extended to **December 6, 2023**;[1]

**Dispositive Motion Deadlines:**

The deadline to file dispositive motions is extended to **December 4, 2023**;

The deadline for dispositive motions to be heard is extended to **January 22, 2024**;

**Pre-Trial Conference**

The pre-trial conference is extended to **June 24, 2024**;[2]

**Trial Date**

The trial date is extended to **August 27, 2024**; and

The Settlement Conference **remains AS SET** on **September 28, 2023**, at 10:30 a.m. (*See* Doc. 24.)

IT IS SO ORDERED.

Dated:  **May 12, 2023**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto hears civil motions on Wednesdays at 9:30 a.m.

[2] The pretrial conference and trial dates are enlarged beyond the parties' request to allow for time for the assigned district judge to adjudicate any dispositive motions in advance of the pretrial conference and for the parties to prepare for trial.