1  HANSON BRIDGETT LLP
   ALEXANDRA V. ATENCIO, SBN 227251
2  aatencio@hansonbridgett.com
   MATTHEW B. SEIPEL, SBN 318358
3  mseipel@hansonbridgett.com
   1646 N. California Boulevard, Suite 220
4  Walnut Creek, California 94596
   Telephone:    (925) 746-8460
5  Facsimile:    (925) 746-8490

6  Attorneys for Defendants
   SUTTER VALLEY HOSPITALS, d/b/a
7  MEMORIAL MEDICAL CENTER; and
   SUTTER VALLEY MEDICAL FOUNDATION,
8  d/b/a SUTTER GOULD MEDICAL
   FOUNDATION
9

10                  **UNITED STATES DISTRICT COURT**

11        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

12

13  MARK BAX,                              Case No. 1:21-cv-01032-ADA-SKO

14            Plaintiff,                   **STIPULATION AND ORDER
                                           MODIFYING CASE SCHEDULE**
15        v.
                                           **(Doc. 30)**
16  SUTTER VALLEY HOSPITALS, d/b/a
    MEMORIAL MEDICAL CENTER; and
17  SUTTER VALLEY MEDICAL
    FOUNDATION, d/b/a SUTTER GOULD
18  MEDICAL FOUNDATION,

19            Defendants.

20

21        Plaintiff Mark Bax ("Plaintiff") and Defendants Sutter Valley Hospitals, d/b/a Memorial

22  Medical Center, and Sutter Valley Medical Foundation, d/b/a Sutter Gould Medical Foundation

23  (collectively referred to herein as "Defendants"), stipulate as follows:

24        WHEREAS, on February 10, 2022, the Court issued a Scheduling Order, which included a

25  June 1, 2023 non-expert discovery deadline, including motions to compel any non-expert

26  discovery, as well as other deadlines.  (*See* ECF No. 20 at 3.)

27        WHEREAS, on May 10, 2023, the parties filed a stipulation to extend deadlines in the

28  Scheduling Order by two months to allow more time to serve subpoenas on third parties, obtain

19733954.1
                    STIPULATION AND ORDER MODIFYING CASE SCHEDULE

1 | interpreters, conduct necessary depositions, serve and respond to any further required written

2 | discovery, and meet and confer further about discovery matters. (*See* ECF No. 28.)[1]

3 |       WHEREAS, on May 12, 2023, the Court granted the parties' May 10, 2023 amended

4 | stipulation and ordered that the Scheduling Order be modified accordingly. (*See* ECF No. 29.)

5 |       WHEREAS, Defendants noticed Plaintiff's deposition and served a deposition subpoena

6 | for Plaintiff's spouse for May 23 and May 30, 2023, respectively. (*See* Seipel Decl., ¶ 3.)

7 |       WHEREAS, Plaintiff and his spouse requested that their depositions be held in Modesto,

8 | California and each requested certified deaf interpreters and certified hearing interpreters at each

9 | of their respective depositions. (*See id.*, ¶ 4; ECF No. 28-1.)

10 |       WHEREAS, Defendants were informed by the interpreting services they contacted that

11 | each deposition requires two (2) certified deaf interpreters and two (2) certified hearing

12 | interpreters for a full day of deposition because each individual interpreter is limited to four (4)

13 | hours per day.  In other words, Defendants must secure eight (8) interpreters total for both

14 | depositions, or four (4) interpreters per deposition. (*See* Seipel Decl., ¶ 5.)

15 |       WHEREAS, Defendants' counsel's office attempted to obtain the required interpreters for

16 | the depositions. (*See id.*, ¶ 5.)

17 |       WHEREAS, Defendants' counsel's office was unable to secure the requisite certified

18 | hearing interpreters for the May 23, 2023 and May 30, 2023 depositions due to unavailability or

19 | non-responsiveness. (*See id.*, ¶ 6.)

20 |       WHEREAS, on May 17, 2023, Defendants' counsel informed Plaintiff's counsel that they

21 | had to cancel the May 23 and May 30, 2023 depositions and that they were trying to confirm dates

22 | of availability for the interpreters Plaintiff and his spouse requested. (*See id.*, ¶ 7.)

23 |       WHEREAS, on May 26, 2023, Defendants were only able to obtain the availability of one

24 | certified hearing interpreter.  Defendants continued to follow up with various interpreter services

25 | to attempt to obtain dates of availability for all required interpreters. (*See id.*, ¶ 8.)

26

27 | [1] The parties' original stipulation proposed to extend only the non-expert discovery deadline.  The Court ordered the parties to submit an amended stipulation that continued all deadlines, including

28 | pre-trial deadlines and the trial date.  (*See* ECF Nos. 26, 27.)

19733954.1

2

STIPULATION AND ORDER MODIFYING CASE SCHEDULE

1    WHEREAS, in mid-June 2023, the parties began talking about the possibility of

2  settlement. (*See id.*, ¶ 9.)

3    WHEREAS, also in mid-June 2023, Defendants' counsel informed Plaintiff's counsel that

4  Defendants were having trouble finding the necessary interpreters for Plaintiff's deposition and

5  asked whether Plaintiff's counsel had any resources Defendants' counsel might use to help arrange

6  interpreters in Modesto, California. Plaintiff's counsel's office provided contact information for

7  one individual who might be able to help. (*See id.*, ¶ 10.)

8    WHEREAS, after several attempts throughout June 2023 to obtain the necessary

9  interpreters via direct contacts to interpreters and the use of several interpreter-service providers,

10  Defendants were finally able to secure the necessary interpreters to appear for depositions on July

11  19 and 20, 2023. (*See id.*, ¶¶ 11-12.)

12    WHEREAS, Defendants informed Plaintiff's counsel of these dates, but prior to

13  confirming these dates, the interpreter-service provider informed Defendants' counsel that the

14  certified deaf interpreter was no longer available, and that there were no other available dates in

15  July 2023 on which the necessary certified deaf interpreters were available for a deposition in

16  Modesto, California. (*See id.*, ¶ 13.)

17    WHEREAS, after further efforts, Defendants were able to secure all four required certified

18  deaf interpreters to appear in person for depositions on August 14 and 15, 2023.   Defendants are

19  still in the process of securing the requisite certified hearing interpreters. (*See id.*, ¶ 14.)

20    WHEREAS, on July 14, 2023, Plaintiff's counsel confirmed Plaintiff's and his spouse's

21  availability for depositions on August 14 and 15, 2023, and also asked for Defendants' counsel's

22  availability so that Plaintiff's counsel could serve subpoenas and schedule depositions. (*See id.*, ¶

23  15.)

24    WHEREAS, on July 19, 2023, the parties met and conferred and agreed to extend the

25  deadlines in the Scheduling Order by three additional months to provide more time to complete

26  non-expert discovery, including, to serve subpoenas on third parties, obtain interpreters for

27  depositions, if necessary, conduct depositions, and complete any other non-expert discovery

28  including motions to compel, if necessary. (*See id.*, ¶ 16.)

19733954.1                                    3
STIPULATION AND ORDER MODIFYING CASE SCHEDULE

1    WHEREAS, the parties also believe that such an extension will provide more time to

2  engage in settlement discussions. (*See id.*)

3    IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

4  counsel, that the Scheduling Order be amended as follows:

5  **Discovery Deadlines:**

6    The non-expert discovery cutoff shall be extended from August 1, 2023 to November 1,

7  2023;

8    The deadline for expert disclosures shall be extended from August 1, 2023 to November 1,

9  2023;

10    The deadline for rebuttal expert disclosures shall be extended from September 5, 2023

11  December 5, 2023;

12    The expert discovery cutoff shall be extended from October 1, 2023 to January 2, 2024;

13  **Non-Dispositive Motion Deadlines:**

14    The deadline to file non-dispositive motions shall be extended from November 1, 2023 to

15  February 1, 2024;

16    The deadline for non-dispositive motions to be heard shall be extended from December 6,

17  2023 to March 6, 2024;

18  **Dispositive Motion Deadlines:**

19    The deadline to file dispositive motions shall be extended from December 4, 2023 to

20  March 4, 2024;

21    The deadline for dispositive motions to be heard shall be extended from January 22, 2024

22  to April 22, 2024;

23  **Pre-Trial Conference**

24    The pre-trial conference shall be extended by approximately three months from June 24,

25  2024 to a date selected by the Court;

26  **Trial Date**

27    The trial date shall be extended by approximately three months from August 27, 2024 to a

28  date selected by the Court.

19733954.1

STIPULATION AND ORDER MODIFYING CASE SCHEDULE

1    IT IS SO STIPULATED.

2    DATED:  July 26, 2023                    HANSON BRIDGETT LLP

3

4                                             By:    _/s/Matthew B. Seipel_____

5                                             ALEXANDRA V. ATENCIO
                                              MATTHEW B. SEIPEL
6                                             Attorneys for Defendants
                                              SUTTER VALLEY HOSPITALS, d/b/a
7                                             MEMORIAL MEDICAL CENTER; and
                                              SUTTER VALLEY MEDICAL FOUNDATION,
8                                             d/b/a SUTTER GOULD MEDICAL
9                                             FOUNDATION

10   DATED:  July 26, 2023                    EISENBERG & BAUM, LLP

11

12                                            By:    _/s/Andrew Rozynski_____

13                                            ANDREW ROZYNSKI
                                              Attorneys for Plaintiff MARK BAX
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19733954.1                                    5
STIPULATION AND ORDER MODIFYING CASE SCHEDULE

1

**ORDER**

2          The Court has reviewed and considered the above stipulation among the parties (Doc. 30).

3  Based on the representations and the declaration submitted herewith, and for good cause shown, it

4  is hereby ORDERED that the current case schedule (Doc. 29) is MODIFIED as follows:

5  **Discovery Deadlines:**

6          The non-expert discovery cutoff is extended to November 1, 2023;

7          The deadline for expert disclosures is extended to November 1, 2023;

8          The deadline for rebuttal expert disclosures is extended to December 5, 2023;

9          The expert discovery cutoff is extended to January 2, 2024;

10  **Non-Dispositive Motion Deadlines:**

11          The deadline to file non-dispositive motions is extended to February 1, 2024;

12          The deadline for non-dispositive motions to be heard is extended to March 13, 2024;[2]

13  **Dispositive Motion Deadlines:**

14          The deadline to file dispositive motions is extended to March 4, 2024;

15          The deadline for dispositive motions to be heard is extended to April 22, 2024;

16  **Pre-Trial Conference**

17          The pre-trial conference is continued to September 23, 2024, at 1:30 p.m. in Courtroom 1

18  before the Honorable Ana de Alba, United States District Judge;

19  **Trial Date**

20          The trial date is continued to November 25, 2024, at 8:30 a.m. in Courtroom 1 before the

21  Honorable Ana de Alba, United States District Court Judge.

22          At the parties' request, the Settlement Conference shall remain as set on September 28,

23  2023, at 10:30 a.m. (*See* Doc. 24.)

24

25  IT IS SO ORDERED.

26  Dated:   **July 28, 2023**                      /s/ *Sheila K. Oberto*

27  _____

28  [2] *See* E.D. Cal. Local Rule 230.

19733954.1

6

STIPULATION AND ORDER MODIFYING CASE SCHEDULE

1                                               UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER MODIFYING CASE SCHEDULE